UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA             :

      -against-                         :        NOTICE OF CHANGE OF ADDRESS

Yoke Ming Poh,                       :        07 Cr. 619 (RMB)

      Defendant.                     :

--------------------------------------------------------x

      PLEASE TAKE NOTICE that I represent the defendant in this case and that my address and fax number has changed to the following:

>   KENNETH A. PAUL, ESQ.
>   111 Broadway,
>   Suite 701
>   New York, New York 10006
>   Tel.: (212) 587-8000
>   Fax.: (212) 374-1506
>   Email: kpaul64@aol.com

      Please update my address in the Court's docket sheet and send all future correspondence and notices to my new address.

Dated:  New York, New York
       November 5, 2007

                                                  _____
                                                   KENNETH A. PAUL