```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                         **ORDER**

        -against-                                     07 **CR.** 619 (RMB)

YOKE MING POH,

            Defendant.
------------------------------------------------------------X

    WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on January 14, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

    IT IS HEREBY ORDERED that YOKE MING POH's guilty plea is accepted.

Dated: New York, New York
         January 23, 2008

                                                          _____
                                                           **RICHARD M. BERMAN, U.S.D.J.**